IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROCKBROOK PLACE TOWNHOMES ASSOCIATION, INC., | § | |
| | § | |
| *Plaintiff and Counter-Defendant*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-01021-SDJ |
| | § | |
| LIO INSURANCE COMPANY, | § | |
| | § | |
| *Defendant and Counter-Plaintiff*. | § | |

**JOINT NOTICE OF SETTLEMENT**

Please let this Notice of Settlement serve to notify the Court that the Parties herein have reached a settlement in this matter that resolves all disputes between all parties. The Parties are currently finalizing the settlement terms and payment. The Parties anticipate that they will submit a Joint Motion to Dismiss With Prejudice and Order Granting Joint Motion to Dismiss With Prejudice within 60 days of the date of the execution of settlement documents.

***(Space intentionally left blank)***

***(Signatures on following pages)***

Respectfully submitted,

By: */s/ Brandt R. Johnson*

Steven J. Badger
Texas Bar No. 01499050
sbadger@zellelaw.com
Brandt R. Johnson
Texas Bar No. 00794030
bjohnson@zellelaw.com
Claire A. Fialcowitz
Texas Bar No. 24126181
cfialcowitz@zellelaw.com
Zachary D. Fechter
Texas Bar No. 24143628
zfechter@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF**

**AND**

By: */s/ Robert A. Pollom (with permission)*

Shannon E. Loyd
Texas Bar No. 24045706
Robert A. Pollom
Texas Bar No. 24041703
shannon@lp-lawfirm.com

**LOYD & POLLOM, P.L.L.C.**
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249
Telephone: 210-775-1424

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on August 10, 2026:

Shannon E. Loyd
Texas Bar No. 24045706
shannon@lp-lawfirm.com
Robert A. Pollom
Texas Bar No. 24041703
robert@lp-lawfirm.com
**LOYD & POLLOM, P.L.L.C.**
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249
Telephone: 210-775-1424

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT**

*/s/ Brandt R. Johnson*
Brandt R. Johnson