IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROCKBROOK PLACE TOWNHOMES ASSOCIATION, INC., | § | |
| *Plaintiff and Counter-Defendant*, | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-01021-SDJ |
| LIO INSURANCE COMPANY, | § | |
| *Defendant and Counter-Plaintiff*. | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff and Counter-Defendant Rockbrook Place Townhomes Association, Inc. ("Plaintiff""), and Defendant and Counter-Plaintiff, LIO Insurance Company ("Defendant") (collectively, the "Parties"), submit this Joint Motion to Dismiss With Prejudice and respectfully state as follows:

The Parties have resolved their dispute and therefore request that the Court enter an Order dismissing, with prejudice, the above-styled-and-numbered lawsuit, along with all claims which were, or which could have been brought therein, whether by the parties to the lawsuit, or any other person or party claiming by, through, or under either of them, with each party to bear its own fees and costs.

***[Space intentionally left blank,***

***signatures to follow on next page]***

Respectfully submitted,

By: */s/ Brandt R. Johnson*
Steven J. Badger
Texas Bar No. 01499050
sbadger@zellelaw.com
Brandt R. Johnson
Texas Bar No. 00794030
bjohnson@zellelaw.com
Claire A. Fialcowitz
Texas Bar No. 24126181
cfialcowitz@zellelaw.com
Zachary D. Fechter
Texas Bar No. 24143628
zfechter@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF LIO INSURANCE COMPANY**

**AND**

By: */s/ Robert A. Pollom (with permission)*
Shannon E. Loyd
Texas Bar No. 24045706
shannon@lp-lawfirm.com
Robert A. Pollom
Texas Bar No. 24041703
robert@lp-lawfirm.com

**LOYD & POLLOM, P.L.L.C.**
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249
Telephone: 210-775-1424

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT ROCKBROOK PLACE TOWNHOMES ASSOCIATION, INC.**

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant conferred with opposing counsel on September 2, 2026, and confirmed the Parties are in agreement to the relief requested herein.

Certified to the 2nd day of September 2026 by:

*/s/ Brandt R. Johnson*
Brandt R. Johnson

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on September 2, 2026:

Shannon E. Loyd
Texas Bar No. 24045706
shannon@lp-lawfirm.com
Robert A. Pollom
Texas Bar No. 24041703
robert@lp-lawfirm.com
**LOYD & POLLOM, P.L.L.C.**
12703 Spectrum Drive, Suite 201
San Antonio, TX 78249
Telephone: 210-775-1424

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT**

*/s/ Brandt R. Johnson*
Brandt R. Johnson